Alfred E. Staps, appellee, v. States Improvement Company, appel-
lant.  Gen. No. 35,507.

Opinion filed April 5, 1932.

Ludwig Loewenstein, for appellant. Braun, Anderson & Norby, for appellee; Joseph H. Braun, Joseph B. Brodie and Arvid E. Anderson, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.